UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSIAN RIVERKEEPER,

    Plaintiff(s),

v.

PACIFIC STATES INDUSTRIES INC., ET AL.,

    Defendant(s).

No. C 07-05393 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _November 14, 2007_

Signature _ANDREW L. PACKARD_

Counsel for _PLAINTIFF, RUSSIAN RIVERKEEPER_
(Name or party or indicate "pro se")