Ruben A. Castellon  (SBN 154610)
STANZLER, FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone (415) 677-1450
Fax: (415) 677-1476

Attorneys for Defendants
PACIFIC STATES INDUSTRIES, INC. and
NORTH CLOVERDALE BLVD., LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN RIVERKEEPER, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC STATES INDUSTRIES, INC., NORTH CLOVERDALE BLVD., LLC,<br><br>Defendants. | Case No. 3:07-CV-05393<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed:   October 22, 2007 |

PLEASE TAKE NOTICE that the address and telephone number for Stanzler Funderburk & Castellon LLP, attorneys of record for Defendants PACIFIC STATES INDUSTRIES, INC. and NORTH CLOVERDALE BLVD., LLC in the above-entitled action has changed to:

Stanzler Funderburk & Castellon LLP
3189 Danville Blvd., Suite 250G
Alamo, California 94507
Telephone:    (925) 837-1199
Facsimile:    (925) 837-1144

STANZLER FUNDERBURK & CASTELLON LLP

By: _____
Ruben A. Castellon, Esq.
Attorneys for Defendants

1