```
Ruben A. Castellon  (SBN 154610)
STANZLER, FUNDERBURK & CASTELLON LLP
3189 Danville Blvd., Suite 250G
Alamo, California 94507
Telephone:   (925) 837-1199
Facsimile:   (925) 837-1144

Attorneys for Defendants
PACIFIC STATES INDUSTRIES, INC. and
NORTH CLOVERDALE BLVD., LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN RIVERKEEPER, a non-profit public benefit corporation organized under the laws of the State of California,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC STATES INDUSTRIES, INC., NORTH CLOVERDALE BLVD., LLC,<br><br>　　　　　　Defendants. | Case No. 3:07-cv-05393<br><br>DEFENDANTS PACIFIC STATES INDUSTRIES, INC. AND NORTH CLOVERDALE BLVD., LLC'S CERTIFICATE OF INTERESTED PARTIES<br><br>Complaint Filed:   October 22, 2007 |

"Pursuant to Civil L.R. 3-16 Defendants Pacific States Industries, Inc. and North Cloverdale Blvd., LLC  (hereinafter "defendants"), hereby certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　Roger Burch.

DEFENDANTS PACIFIC STATES AND NORTH CLOVERDALE CERTIFICATE OF

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

STANZLER FUNDERBURK & CASTELLON LLP

By: _____
Ruben A. Castellon, Esq.
Attorneys for Defendants