Andrew L. Packard (Bar No. 168690)
Michael P. Lynes (Bar No. 230462)
LAW OFFICES OF ANDREW L. PACKARD
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
E-mail: Andrew@packardlawoffices.com

Layne Friedrich (State Bar No. 195431)
Michael J. Chappell (State Bar No. 238138)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: Layne@lawyersforcleanwater.com

Counsel for Plaintiff RUSSIAN RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN RIVERKEEPER, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC STATES INDUSTRIES, INC., NORTH CLOVERDALE BLVD., LLC;<br><br>Defendants. | **Case No. 3:07-cv-05393-MHP**<br><br>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES<br><br>COMPLAINT FILED: October 22, 2007 |

Pursuant to Civil Local Rules 3-16, Plaintiff Russian Riverkeeper ("Riverkeeper") hereby certifies that there are no known persons, associations of persons, firms, partnerships, corporations, or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding, other than the parties to this action or such entities as identified by defendants.

Dated: January 29, 2008

LAW OFFICES OF ANDREW L. PACKARD
LAWYERS FOR CLEAN WATER

By: _____
Michael P. Lynes
Attorneys for Plaintiff
RUSSIAN RIVERKEEPER