**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 25, 2008

Case No.   C 07-5393  MHP           Judge: MARILYN H. PATEL

Title: RUSSIAN RIVERKEEPER -v- PACIFIC STATES INDUSTRIES INC et al

Attorneys:  Plf: Andrew Packard
            Dft: Ruben Castellon

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying disclosures discussed; On-site inspections granted, with 36 hour notice; Mediation previously ordered to be completed not later than 5/7/2008 (90 days from stipulation and order referring matter to mediation);

A further status conference set for 5/19/2008 at 3:00 pm, with a joint status report to be filed not later than 5/12/2008.

Discovery instructions given.