# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Russian Riverkeeper,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Pacific States Industries, Inc.,<br><br>　　　　　Defendant(s). | 07-05393 MHP MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Meryl Macklin**
Holme Roberts & Owen LLP
560 Mission St., 25th Fl.
San Francisco, CA 94105
415-268-1981

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05393 MHP MED　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 26, 2008

> RICHARD W. WIEKING
> Clerk
> by:    Alice M. Fiel
>
> _____
> ADR Case Administrator
> 415-522-3148
> Alice_Fiel@cand.uscourts.gov