

# Holme Roberts & Owen LLP
*Attorneys at Law*

SAN FRANCISCO

March 19, 2008

**VIA EMAIL & U.S. MAIL**

BOULDER

Ruben Castellon
Stanzler Funderburk & Castellon, LLP
2479 E. Bayshore Road, Suite 703
Palo Alto, CA 94303
rcastellon@sfcfirm.com

Michael J. Chappell
Layne Friedrich
Laywers for Clean Water
1004 O'Reilly Avenue, Suite A
San Francisco, CA 94129
layne@lawyersforcleanwater.com

COLORADO SPRINGS

Andrew L. Packard
Michael Patrick Lynes
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
andrew@packardlawoffices.com
michael@packardlawoffices.com

DENVER

LONDON

Re:   Case Name:  *Russian Riverkeeper v. Pacific States Industries, et al.*
       Case Number: 3:07-cv-05393-MHP

Dear Counsel:

LOS ANGELES

This will confirm that we have scheduled the mediation in this case for May 12, 2008, starting at 9:00 a.m. We will meet in my office. Please set aside the entire day for the mediation to allow it to continue as long as it is being productive.

MUNICH

You indicated that you would jointly prepare a mediation statement, which will include a summary of the items on which you have already agreed and a description of open issues. Please provide the statement to me by the close of business on May 8, 2008. Also, please let me know by then the names of everyone who will be attending in person, so that we may have everyone's name at the Security Desk in the lobby of our building.

SALT LAKE CITY

We discussed the need to have client representatives present and you agreed that they would be. You also indicated that your experts would be available by phone. Please let me know as soon as possible if anyone's schedules change and they are no longer available.

Meryl Macklin  415.268.1981  meryl.macklin@hro.com
560 Mission Street, 25th Floor  San Francisco, California 94105-2994  *tel* 415.268.2000  *fax* 415.268.1999

#36268 v1

# Holme Roberts & Owen LLP
*Attorneys at Law*

Ruben A. Castellon, Esq.
Michael J. Chappell, Esq.
Layne Friedrich, Esq.
Michael Patrick Lynes, Esq.
Andrew L. Packard
March 18, 2008
Page 2

Under ADR L.R. 6-3(b), I will donate my preparation time and the first four hours of the mediation. I also told you I would donate any additional time we spend on May 12. After eight hours of session time, if you wish to continue to meet with me, I will charge my hourly rate of $500 for additional time spent.

I look forward to working with you and your clients.

Sincerely,

Meryl Macklin

cc:  Clerk's Office-ADR Unit

#36268 v1