Andrew L. Packard (Bar No. 168690)
Michael P. Lynes (Bar No. 230462)
LAW OFFICES OF ANDREW L. PACKARD
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
E-mail: Andrew@packardlawoffices.com

Layne Friedrich (State Bar No. 195431)
Michael J. Chappell (State Bar No. 238138)
LAWYERS FOR CLEAN WATER, INC.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: Layne@lawyersforcleanwater.com

Counsel for Plaintiff
RUSSIAN RIVERKEEPER

Ruben Castellon (State Bar No. 154610)
STANZLER FUNDERBURK & CASTELLON LLP
3189 Danville Blvd., Suite 250
Telephone: (925) 837-1199
Facsimile: (925) 837-1144
Email: rcastellon@sfcfirm.com

Counsel for Defendants
PACIFIC STATES INDUSTRIES, INC. and
NORTH CLOVERDALE BLVD., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN RIVERKEEPER,<br><br>       Plaintiff,<br><br>    vs.<br><br>PACIFIC STATES INDUSTRIES, INC.,<br>NORTH CLOVERDALE BLVD., LLC;<br><br>       Defendants. | Case No. 3:07-cv-05393-JCS<br><br>PARTIES' JOINT STATUS REPORT<br><br>Conference Date: May 19, 2008<br>Time:  3:00 p.m.<br>Courtroom:  Courtroom A, 15th Floor<br>Before:  Hon. Marilyn Hall Patel |

This Joint Status Report is submitted on behalf of Plaintiff Russian Riverkeeper ("Riverkeeper" or "Plaintiff") and Defendants Pacific States Industries, Inc. and North Cloverdale Blvd., LLC (collectively "Defendants").

**1.    Procedural Status**:

The initial case management conference took place on February 25, 2008.  The Court set a further status conference for May 19, 2008 in order to allow the court-ordered mediation to take place.  Due to the parties' schedule conflicts and the mediator's schedule, the mediation will not take place until May 16, 2008.   The parties, therefore, are not in a position to ascertain the likelihood of a settlement at this time, but will be able to more fully report to the Court at the status conference on May 19th.

**2.    Discovery Status:**

The case remains in its initial stages.  Plaintiff has propounded interrogatories, requests for admissions and documents.  There have been numerous meet and confer discussions and the parties appear to have resolved most outstanding issues.  The parties have also agreed to the circumstances under which a wet weather inspection may take place; however, since the Court's issuance of the February 25, 2008 minute order concerning the wet inspections, very little rain has fallen at the Facility during working hours

**3.    Scheduling Issues**:

The Parties have focused on discovery issues and the scheduled mediation.

Defendants request the opportunity to submit a proposed scheduling order within 30 days following the case management conference in the event the mediation proves unsuccessful.  Defendants wish to have additional time to confer with Plaintiff on the issue of whether a multi-step process or bifurcation process is the appropriate mechanism.

Plaintiff continues to believe that the discovery and trial schedule it proposed in the February 15, 2008 Joint Status Report is appropriate.

| | | |
|---|---|---|
| 1 | Dated: May 12, 2008 | LAW OFFICES OF ANDREW L. PACKARD |
| 2 | | LAWYERS FOR CLEAN WATER |

Dated: May 12, 2008        LAW OFFICES OF ANDREW L. PACKARD
                           LAWYERS FOR CLEAN WATER


By:    /s/_____
       Andrew L. Packard
       Michael P. Lynes
       Attorneys for Plaintiff
       RUSSIAN RIVERKEEPER


Dated: May 12, 2008        STANZLER FUNDERBURK & CASTELLON LLP


By:    /s/ _____
       Ruben S. Castellon
       Attorneys for Defendants
       PACIFIC STATES INDUSTRIES, INC. AND
       NORTH CLOVERDALE BLVD, LLC


* Mr. Castellon has approved the use of his electronic signature on this document.