**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 16, 2008

Case No.   C 07-5393  MHP              Judge: MARILYN H. PATEL

Title: RUSSIAN RIVERKEEPER -v- PACIFIC STATES INDUSTRIES INC et al

Attorneys:  Plf: Michael Lyon
            Dft: Ruben Castellon

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel inform court re tentative consent judgment form, to be submitted within one week; Further status conference set for 7/7/2008 at 3:00 pm, to be vacated pending submission of judgment form.