# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Russian Riverkeeper<br><br>      Plaintiff(s),<br><br>      v.<br><br>Pacific States Industries, Inc.<br><br>      Defendant(s). | No. C 07-05393 MHP MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on **May 16, 2008.**

2. Did the case settle?    **Partially settled.**

3. If the case did not settle fully, is any follow-up contemplated?

    another session scheduled for

    **X** phone discussions expected by **June 23, 2008**

    no

**4.    IS THIS ADR PROCESS COMPLETED?    No.**

Dated:    June 11, 2008        /s/
                                         **Mediator**, **Meryl Macklin**
                                         Holme Roberts & Owen LLP
                                         560 Mission St., 25th Fl.
                                         San Francisco, CA 94105

**Certification of ADR Session**
07-05393 MHP MED