ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Telephone: (707) 763-7227
Facsimile: (415) 763-9227
E-mail: Andrew@packardlawoffices.com

LAYNE FRIEDRICH (State Bar No. 195431)
DREVET HUNT (State Bar No. 240487)
Lawyers for Clean Water, Inc.
1004 A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: Layne@lawyersforcleanwater.com

Counsel for Plaintiff
RUSSIAN RIVERKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN RIVERKEEPER,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC STATES INDUSTRIES, INC.,<br>NORTH CLOVERDALE BLVD., LLC;<br><br>    Defendants. | Case No. 3:07-cv-05393-MHP<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the [Proposed] Consent Decree attached to this Notice as Exhibit "A," a copy of which is being sent to the U.S. Department of Justice and the U.S. Environmental Protection Agency for a 45-day review period as required under

NOTICE OF TENTATIVE SETTLEMENT                                  Case No. 3:07-cv-05393-MHP

Section 135.5 of Title 40 of the Code of Federal Regulations. At the end of the 45-day period, Plaintiff will notify the Court as to whether any comment or objection were received from the reviewing agencies and will submit the [Proposed] Consent Decree for consideration, approval, and execution by the Court.

    Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: June 24, 2008    LAWYERS FOR CLEAN WATER, INC.

By:   /s/ Layne Friedrich  
      Layne Friedrich

      Attorney for Plaintiff Russian Riverkeeper